| | |
|---|---|
| MICHAEL E. BREWER, Bar No. 177912<br>ANNE-MARIE WAGGONER,<br>Bar No. 173407<br>LITTLER MENDELSON<br>A Professional Corporation<br>Treat Towers<br>1255 Treat Boulevard, Suite 600<br>Walnut Creek, CA  94597<br>Telephone:     925.932.2468<br>Facsimile:     925.946-8909<br>mbrewer@littler.com<br>awaggoner@littler.com<br><br>Attorneys for Defendant<br>MSI INVENTORY SERVICE<br>CORPORATION | KENNETH S. GAINES, Bar No. 49045<br>DANIEL F. GAINES, Bar No. 251488<br>ALEX P. KATOFSKY, Bar No. 202754<br>GAINES & GAINES, APLC<br>21550 Oxnard Street, Suite 980<br>Woodland Hills, CA  91367<br>Telephone:     818.703.8985<br>Facsimile:     818.703.8984<br><br>SCOTT A. MILLER, Bar No. 230322<br>BONNIE FONG, Bar No. 262739<br>LAW OFFICES OF SCOTT A. MILLER<br>16133 Ventura Blvd., Suite 645<br>Encino, CA  91436<br>Telephone:     818.788-8081<br>Facsimile:     818.788-8080<br><br>STEVEN L. MILLER, Bar No. 106023<br>STEVEN L. MILLER, APLC<br>16133 Ventura Blvd., Suite 645<br>Encino, CA  91436<br>Telephone:     818.986.8900<br>Facsimile:     818.990.7900<br><br>Attorneys for Plaintiffs VERONICA VISAYA and JENNIFER BUCHANAN, individually and on behalf of themselves and all others similarly situated, and on behalf of the general public |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA VISAYA and JENNIFER BUCHANAN, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>MSI INVENTORY SERVICE CORPORATION, a Mississippi corporation, and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No.  2:10-cv-02115-GEB-JFM<br><br>**JOINT STIPULATION REGARDING REMAND OF ACTION TO STATE COURT**<br><br>Complaint Filed: April 23, 2010<br>(Sacramento County Superior Court) |

JOINT STIPULATION REGARDING REMAND OF ACTION TO STATE COURT   1.

## **STIPULATION**

This Stipulation is entered into between Plaintiffs VERONICA VISAYA and JENNIFER BUCHANAN, on behalf of themselves and all others similarly situated, and on behalf of the general public (Plaintiffs) and Defendant MSI INVENTORY SERVICE CORPORATION ("Defendant") through their respective undersigned counsel (collectively "the Parties").

WHEREAS, Plaintiff filed this action in Sacramento County Superior Court on or about April 23, 2010;

WHEREAS, Defendant removed this action to this Court on August 9, 2010, on the ground that this is a civil action over which the Court has jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d);

WHEREAS, on August 18 and 20, 2010, counsel for the parties met and conferred and then agreed to remand this matter to state court.

NOW THEREFORE, the Parties agree and stipulate that the Court will remand this action to the Sacramento County Superior Court, without costs or fees to either party.

IT IS SO STIPULATED.

Dated: August 23, 2010

/s/ Anne-Marie Waggoner
MICHAEL E. BREWER
ANNE-MARIE WAGGONER
LITTLER MENDELSON
Attorneys for Defendant
MSI INVENTORY SERVICE CORPORATION

Dated: August 23, 2010

/s/ Daniel F. Gaines
KENNETH S. GAINES
DANIEL F. GAINES
GAINES & GAINES, APLC
Attorneys for Plaintiffs
VERONICA VISAYA and JENNIFER BUCHANAN

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT STIPULATION REGARDING REMAND OF ACTION TO STATE COURT     2.

1 **ORDER**

2  IT IS ORDERED that the above-referenced action is hereby remanded to the
3 Sacramento County Superior Court, without costs or fees to either party.

4

5 Dated 8/24/10

  _____
6  GARLAND E. BURRELL, JR.
   United States District Judge

7

8

9 Firmwide:97018229.1 065830.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT STIPULATION REGARDING REMAND
OF ACTION TO STATE COURT                3.